United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 2 03:21:44 EDT 2014

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  OR  Jump  to record:     **Record 2 out of 4**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# LIFESTATION

| | |
|---|---|
| **Word Mark** | **LIFESTATION** |
| **Goods and Services** | IC 045. US 100 101. G & S: MONITORING ALARMS. FIRST USE: 20050701. FIRST USE IN COMMERCE: 20050701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78686852 |
| **Filing Date** | August 5, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2006 |
| **Registration Number** | 3120381 |
| **Registration Date** | July 25, 2006 |
| **Owner** | (REGISTRANT) LIFESTATION, INC. CORPORATION NEW YORK 354 Neptune Avenue Brooklyn NEW YORK 11235 |
| **Attorney of Record** | Seth Natter |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |