United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jul 31 03:21:03 EDT 2014*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | CURR LIST
FIRST DOC | PREV DOC

Please logout when you are done to release system resources allocated for you.

List At:   OR   to record:     **Record 4 out of 4**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# LIFESTATION

| | |
|---|---|
| **Word Mark** | **LIFESTATION** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: ELECTRONIC TRANSMITTERS AND RECEIVERS FOR EMERGENCY RESPONSE COMMUNICATIONS. FIRST USE: 20050701. FIRST USE IN COMMERCE: 20050701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77231808 |
| **Filing Date** | July 17, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 12, 2008 |
| **Registration Number** | 3417378 |
| **Registration Date** | April 29, 2008 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Lifestation, Inc. CORPORATION NEW YORK 354 Neptune Avenue Brooklyn NEW YORK 11235 |
| **Attorney of Record** | Seth Natter |
| **Prior Registrations** | 3120381 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | CURR LIST
FIRST DOC | PREV DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY